OPINION — AG — ** LIABILITY TO INMATES FOR MEDICAL CARE ** THE DEPARTMENT OF CORRECTIONS 'IS' LIABLE TO THE UNIVERSITY HOSPITAL FOR SERVICES RENDERED TO INMATES FROM THE VARIOUS PENAL INSTITUTIONS UNDER THE CONTROL OF THE DEPARTMENT OF CORRECTIONS. (PRISONER, PRISONS, HOSPITAL CARE, CONTRACT) CITE: 15 O.S. 134 [15-134], 74 O.S. 581 [74-581], OPINION NO. 71-270 (JAMES R. BARNETT)